IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.U., a minor, by her parents,<br>THERESA AND THOMAS URBAN, *et al.*<br><br>　　　　　**Plaintiffs**<br><br>　v.<br><br>DOWNINGTOWN<br>HIGH SCHOOL EAST, *et al.*<br><br>　　　　　**Defendants** | CIVIL ACTION<br>NO. 14-04877 |

## ORDER

**AND NOW**, this 19th day of August, 2015, upon consideration of the Motion to Dismiss Plaintiff's Second Amended Complaint filed by Defendants Downingtown Area School District, Downingtown High School East, and Craig Reed ("Moving Defendants") (Doc. No. 39), Plaintiffs' Response in Opposition (Doc. No. 41), and Moving Defendants' Reply (Doc. No. 43), it is **ORDERED** that:

1. The Motion is **GRANTED**;
2. Plaintiffs' Second Amended Complaint is **DISMISSED WITH PREJUDICE**;
3. The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.